IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHIL F. BENAVIDEZ,**

      **Plaintiff,**

vs.                                     CIV No. 1:20-00278-JCH-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Third Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 16), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through October 5, 2020, to file his answer or otherwise respond to Plaintiff's Complaint.

    SIGNED  _September 3_, 2020

                                                                      _____
                                                                      STEPHAN M. VIDMAR
                                                                       United States Magistrate Judge

SUBMITTED AND APPROVED BY:
_Electronically submitted 09/03/2020_
VICTORIA V. JOHNSON
Special Assistant United States Attorney

_Electronically approved 09/03/2020_
LAURA J. JOHNSON
Attorney for Plaintiff