IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PHIL F. BENAVIDEZ,**

    Plaintiff,

v.                                                                No. 20-cv-0278 JCH/ SMV

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)    Plaintiff must file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **December 8, 2020**;

(2)    Defendant must file a Response no later than **February 2, 2021**;

(3)    Plaintiff may file a Reply no later than **March 2, 2021**;

(4)    All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)    All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**