IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHIL BENAVIDEZ,**
    **Plaintiff,**

vs.                                       CIV NO. 1:20-00278-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 32) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 31), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 6, 2021, to file a response, and Plaintiff shall have until May 20, 2021, to file a reply.

SIGNED  _April 6_ , 2021.

                                                    STEPHAN M. VIDMAR
                                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 04/5/2021*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved 04/05/2021*
LAURA J. JOHNSON
Attorney for Plaintiff